# United States District Court

FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION

VENUE: SAN FRANCISCO

FILED

UNITED STATES OF AMERICA,

V.

FEB 1 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GILBERT HARO

# CR 08 ⎯0082

DEFENDANT.

# INDICTMENT

*SI*

Title 18 U.S.C. § 2252(a)(2) - Receipt of Child
Pornography
Title 18 U.S.C. § 2252(a)(4)(B) - Possession of Child
Pornography

A true bill.

_____
Foreman

Filed in open court this _14th_ day of
_February, 2008_

_____
Clerk

Bail, $ _____

Jo Bail arrest Warrant to issue



AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

---- OFFENSE CHARGED ----

18 U.S.C. § 2252(a)(2)– Receipt of
Child Pornography; 18 U.S.C. §
2252(a)(4)(B)– Possession of Child
Pornography

☐ Petty
☐ Minor
☐ Misde-
meanor
☒ Felony

PENALTY:

See Attached Penalty Sheet

---- DEFENDANT - U.S. ----

GILBERT HARO

FEB 1 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

CR 08    0082    SI

---- PROCEEDING ----
Name of Complaintant Agency, or Person (&Title, if any)

ICE Special Agent Ryan Hirt

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:        **SHOW**
                  **DOCKET NO.**
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant               **MAGISTRATE**
                        **CASE NO.**
☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

Name and Office of Person
Furnishing Information on    Joseph P. Russoniello
THIS FORM

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    Denise Marie Barton

---- DEFENDANT ----

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons
was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other   } ☐ Fed'l  ☐ State
charges

If answer to (6) is "Yes", show name of institution

Has detainer    ☐ Yes    If "Yes"
been filed?     ☐ No     give date
                         filed

**DATE OF**     Month/Day/Year
**ARREST**

Or... If Arresting Agency & Warrant were not

**DATE TRANSFERRED**    Month/Day/Year
**TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

## PENALTY SHEET

## UNITED STATES V. GILBERT HARO

*Count 1:*      *18 U.S.C. § 2252(a)(2): Receipt of Child Pornography*

Class C Felony,
Maximum Prison Term of Twenty Years
**Mandatory Minimum Prison Term of Five Years**
Maximum Fine of $250,000
Supervised Release of Not Less Than 5 years
Maximum of Lifetime Supervised Release
Registration as a Sex Offender
Mandatory Special Assessment of $100

*Count 2:*      *18 U.S.C. § 2252(a)(4)(B): Possession of Child Pornography*

Class C Felony
Maximum Prison Term of Ten Years
Maximum Fine of $250,000
Supervised Release of Not Less Than 5 years
Maximum of Lifetime Supervised Release
Registration as a Sex Offender
Mandatory Special Assessment of $100

**ORIGINAL**

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2

*FILED*

3

*FEB 1 9 2008*

4

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

*SI*

11

12  UNITED STATES OF AMERICA,           )  **CR. No. 08    0082**
                                        )
13           Plaintiff,                 )  VIOLATIONS:  18 U.S.C. § 2252(a)(2) –
                                        )  Receipt of Child Pornography; 18 U.S.C. §
14      v.                              )  2252(a)(4)(B) – Possession of Child
                                        )  Pornography
15                                      )
    GILBERT HARO,                       )
16                                      )  SAN FRANCISCO VENUE
             Defendant.                 )
17  _____)

18                         I N D I C T M E N T

19  The Grand Jury charges:

20  COUNT ONE:  (18 U.S.C. § 2252(a)(2) - Receipt of Child Pornography)

21       Beginning on or about January 12, 2007 and continuing until on or about September 9,

22  2007, in the Northern District of California, the defendant,

23                             GILBERT HARO,

24  did knowingly receive at least one visual depiction that had been mailed, shipped, and

25  transported in interstate and foreign commerce, by computer, knowing that the production of

26  such visual depiction involved a minor engaging in sexually explicit conduct and that such visual

27  depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2).

28

**CM**

INDICTMENT

/R

1  COUNT TWO: (18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography)

2      Beginning on or about January 12, 2007 and continuing until on or about September 14,

3  2007, in the Northern District of California, the defendant,

4                              GILBERT HARO,

5  did knowingly possess at least one matter, namely a Western Digital external hard drive and a

6  Dell desktop computer, which contained at least one visual depiction that had been shipped and

7  transported in interstate and foreign commerce, by computer, knowing that the production of

8  such visual depiction involved a minor engaging in sexually explicit conduct and that such visual

9  depiction was of such conduct, in violation of Title 18, United States Code, Section

10  2252(a)(4)(B).

11

12  FORFEITURE ALLEGATIONS: (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)

13      Upon conviction of the offenses alleged in Counts One and Two, the defendant,

14                              GILBERT HARO,

15  shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1)

16  and (a)(3), all visual depictions described in Title 18, United States Code Section 2252, and all

17  property, real or personal, used or intended to be used to commit or promote the commission of

18  the offenses of conviction, including but not limited to the following items that were obtained

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

INDICTMENT                    2

1   from defendant on September 14 and 15, 2007:

2       a.      Western Digital external hard drive, Serial Number E507C50797 and

3       b.      Dell Desktop Personal Computer, Service Tag Number 9L90C71.

4

5

6

7   DATED: February 19, 2008                        A TRUE BILL.

8

9                                                   FOREPERSON

10

11  JOSEPH P. RUSSONIELLO
    United States Attorney
12

13

14  Kyle Waldinger
    Deputy Chief, Major Crimes Section
15

16
    (Approved as to form: _____
17                          AUSA Barton

18

19

20

21

22

23

24

25

26

27

28

    INDICTMENT                              3