1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2
    BRIAN STRETCH (CSBN 163973)
3   Chief, Criminal Division                                    **FILED**

4   DENISE MARIE BARTON (MABN 634052)
    Assistant United States Attorney                            MAR 1 0 2008
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102              **RICHARD W. WIEKING**
       Telephone: (415) 436-7359                  CLERK U.S. DISTRICT COURT
7      Facsimile: (415) 436-7234                NORTHERN DISTRICT OF CALIFORNIA
       denise.barton@usdoj.gov
8
    Attorneys for Plaintiff
9

10
                          UNITED STATES DISTRICT COURT
11
                        NORTHERN DISTRICT OF CALIFORNIA
12
                            SAN FRANCISCO DIVISION
13

14
    UNITED STATES OF AMERICA,          )    No. 08-0082
15                                      )
          Plaintiff,                    )    MOTION TO UNSEAL SEAL AND
16                                      )    [PROPOSED] ORDER
          v.                            )
17                                      )
    GILBERT HARO,                       )
18                                      )
          Defendant.                    )
19  _____)

20        The government respectfully requests that this entire case be unsealed including, but not

21  limited to, the motion to seal, indictment, and arrest warrant, all dated February 19, 2008. Upon

22  motion of the government stating that the government believes that disclosure of the existence of

23  the indictment, the arrest warrant and this motion may jeopardize the progress of the ongoing

24  investigation, the documents were sealed per Order of the Honorable Maria Elena James dated

25  February 19, 2008. The defendant has now been arrested and is aware of the ongoing

26  investigation. For these reasons, the government moves that this entire case be unsealed

27  //

28  //


MOTION TO UNSEAL SEAL AND [PROPOSED] ORDER, CR 08-0082 SI

1   including, but not limited to, the motion to seal, indictment, and arrest warrant, all dated

2   February 19, 2008 and requests that the foregoing documents become part of the public record.

3

4   DATED: March 10, 2008                    Respectfully submitted,

5                                            JOSEPH P. RUSSONIELLO
                                             United States Attorney
6

7

8                                            Denise M Borton
9                                            Assistant United States Attorney
                                             DENISE MARIE BARTON
10
                                             **ORDER**
11

12
         GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that this entire case,
13
    including but not limited to, the motion to seal, indictment, and arrest warrant, all dated February
14
    19, 2008, be unsealed by the Clerk of the Court and become part of the public record.
15

16

17

18

19   DATED: March 10, 2008
20                                           HONORABLE JOSEPH C. SPERO
                                             United States Magistrate Judge
21

22

23

24

25

26

27

28

MOTION TO UNSEAL SEAL AND [PROPOSED] ORDER, CR 08-0082 SI