**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 3/21/08

Case No.   CR–08-0082 SI            Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- GILBERT HARO (nc)(p)

Attorneys:   D. Barton            Shapiro (sp)

Deputy Clerk: Tracy Sutton   Court Reporter: K. Wyatt

**PROCEEDINGS**

1)  Trial Setting - HELD
2) 
3) 

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
PART

Case continued to **4/25/08  @ 11:00 a.m.**  for Trial Setting

Case continued to  **@ 11:00 a.m.**  for Motions
(Motion due , Opposition  Reply )

Case continued to  @  for Pretrial Conference

Case continued to  **@ 8:30 a.m.** for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Effective Preparation
**Delay begins:         Delay ends: 4/25/08**
(    AUSA to draft order          )

ORDERED AFTER HEARING:

The Govt. produced discovery and the defendant needs additional time to review it.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )