## ~~PROPOSED~~ ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Joseph C. Spero<br>U.S. Magistrate Judge | RE: | Gilbert Haro |
| FROM: | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR08-0082 SI |

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony Granados                                               (408) 535-5223
U.S. Pretrial Services Officer                            TELEPHONE NUMBER

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

DATE: April 9, 2008

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____   Presiding District Court Judge_____.

I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

**A. The defendant shall submit his work computer to monitoring software to be inspected and reviewed by Pretrial Services**

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

Other Instructions:

_____   _____
JOSEPH C. SPERO                                       4/14/08
UNITED STATES MAGISTRATE JUDGE
JUDICIAL OFFICER                                         DATE

Cover Sheet (03/26/08)