JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 08-0082 SI |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| v. | |
| GILBERT HARO, | |
| Defendant. | |

On March 13, 2008, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from March 13, 2008 through March 21, 2008. The parties represented that granting the continuance was necessary for

//
//
//
//
//

Stipulation and [Proposed] Order Excluding Time, 08-0082 SI      1

effective preparation of counsel, taking into account the exercise of due diligence, to afford counsel time to prepare, produce, and review discovery.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED:

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

DATED: April 25, 2008                       /s/ Denise Barton
                                    DENISE MARIE BARTON
                                    Assistant United States Attorney

DATED: April 25, 2008                            /s/
                                    STEVEN NARATIL
                                    KIMBERLEY CAZINHA,
                                    Attorney for GILBERT HARO

    As the Court found on March 13, 2008, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from  March 13, 2008 through March 21, 2008 for effective preparation of counsel.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: _____          _____
                                           HON. SUSAN ILLSTON
                                           United States District Court Judge