JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>        Plaintiff, )<br>    v. )<br>GILBERT HARO, )<br>        Defendant. )<br>_____ ) | CR No. 08-0082 SI<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |

     On March 21, 2008, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from March 21, 2008 through April 25, 2008. The parties represented that granting the continuance was necessary for

//

//

//

//

//

Stipulation and [Proposed] Order Excluding Time, 08-0082 SI           1

effective preparation of counsel, taking into account the exercise of due diligence, to afford counsel time to prepare, produce, and review discovery.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED:

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

DATED: April 25, 2008                          /S/   Denise Barton
                                          DENISE MARIE BARTON
                                          Assistant United States Attorney

DATED: April 25, 2008                          /s/
                                          STEVEN NARATIL
                                          KIMBERLEY CAZINHA,
                                          Attorneys for GILBERT HARO

    As the Court found on March 21, 2008, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from   March 21, 2008 through April 25, 2008 for effective preparation of counsel. See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: _____      _____
                                               HON. SUSAN ILLSTON
                                             United States District Court Judge