# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 4/25/08

Case No.   CR–08-0082 SI            Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- GILBERT HARO (nc)(p)

Attorneys:   D. Barton             Naratil (sp)

Deputy Clerk:  Tracy Sutton   Court Reporter: J. Yeomans

## PROCEEDINGS

1)  Trial Setting - HELD

2)  
3)  

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED
                                                  PART

Case continued to **5/30/08 @ 11:00 a.m.**  for Trial Setting

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Effective Preparation
**Delay begins:         Delay ends: 5/30/08**
(     AUSA to draft order           )

ORDERED AFTER HEARING:

(SPEEDY TRIAL DEADLINE AS OF TODAY: )