JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 08-0082 SI |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| v. | |
| GILBERT HARO, | |
| Defendant. | |

    On March 21, 2008, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from March 21, 2008 through April 25, 2008. The parties represented that granting the continuance was necessary for

//
//
//
//
//

1  effective preparation of counsel, taking into account the exercise of due diligence, to afford
2  counsel time to prepare, produce, and review discovery.  See 18 U.S.C. § 3161(h)(8)(B)(iv).
3
4  SO STIPULATED:
5
6                                                                    JOSEPH P. RUSSONIELLO
                                                                     United States Attorney
7
8
9  DATED: April 25, 2008                                    _____/S/   Denise Barton_____
                                                                     DENISE MARIE BARTON
10                                                                   Assistant United States Attorney
11
12 DATED: April 25, 2008                                    _____/s/_____
                                                                     STEVEN NARATIL
13                                                                   KIMBERLEY CAZINHA,
                                                                     Attorneys for GILBERT HARO
14
15
16     As the Court found on March 21, 2008, and for the reasons stated above, the Court finds that
17 the ends of justice served by the continuance outweigh the best interests of the public and the
18 defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
19 calculations from   March 21, 2008 through April 25, 2008 for effective preparation of counsel.
20 See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny
21 counsel reasonable time necessary for effective preparation, taking into account the exercise of
22 due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).
23
24 SO ORDERED.
25
26 DATED: _____        _____
27                                                                   HON. SUSAN ILLSTON
                                                                     United States District Court Judge
28

Stipulation and [Proposed] Order Excluding Time, 08-0082 SI                                              2