JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> GILBERT HARO, <br>     Defendant. | CR No. 08-0082 SI <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |

    On April 25, 2008, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from April 25, 2008 through May 30, 2008. The parties represented that granting the continuance was necessary for

//
//
//
//
//

Stipulation and [Proposed] Order Excluding Time, 08-0082 SI             1

effective preparation of counsel, taking into account the exercise of due diligence, to afford counsel time to prepare, produce, and review discovery. See 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED:

        JOSEPH P. RUSSONIELLO
        United States Attorney

DATED: April 28, 2008        /s/ Denise Barton
        DENISE MARIE BARTON
        Assistant United States Attorney

DATED: April 28, 2008        /s/
        STEVEN NARATIL
        KIMBERLEY CAZINHA,
        Attorneys for GILBERT HARO

As the Court found on April 25, 2008, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations April 25, 2008 through May 30, 2008 for effective preparation of counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: _____        _____
        HON. SUSAN ILLSTON
        United States District Court Judge