JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR No.  08-0082 SI |
|     Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER<br>) EXCLUDING TIME |
|   v. | ) |
| GILBERT HARO, | ) |
|     Defendant. | ) |

On April 25, 2008, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from April 25, 2008 through May 30, 2008.  The parties represented that granting the continuance was necessary for

//
//
//
//
//

Stipulation and [Proposed] Order Excluding Time, 08-0082 SI     1

1  effective preparation of counsel, taking into account the exercise of due diligence, to afford
2  counsel time to prepare, produce, and review discovery.  See 18 U.S.C. § 3161(h)(8)(B)(iv).
3
4  SO STIPULATED:
5
6                                                        JOSEPH P. RUSSONIELLO
                                                         United States Attorney
7
8
9  DATED: April 28, 2008                          _____/s/ Denise Barton_____
                                                         DENISE MARIE BARTON
10                                                       Assistant United States Attorney
11
12 DATED: April 28, 2008                          _____/s/_____
                                                         STEVEN NARATIL
13                                                       KIMBERLEY CAZINHA,
                                                         Attorneys for GILBERT HARO
14
15
16     As the Court found on April 25, 2008, and for the reasons stated above, the Court finds that
17 the ends of justice served by the continuance outweigh the best interests of the public and the
18 defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
19 calculations April 25, 2008 through May 30, 2008 for effective preparation of counsel.  See 18
20 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny counsel
21 reasonable time necessary for effective preparation, taking into account the exercise of due
22 diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).
23
24 SO ORDERED.
25
26 DATED: _____         _____
                                                         HON. SUSAN ILLSTON
27                                                       United States District Court Judge
28

Stipulation and [Proposed] Order Excluding Time, 08-0082 SI                                             2