1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7359
7      Facsimile: (415) 436-7234
       denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14                                        )   CR No.  08-0082 SI
   UNITED STATES OF AMERICA,              )
15                                        )   STIPULATION AND [PROPOSED] ORDER
        Plaintiff,                        )   EXCLUDING TIME
16                                        )
      v.                                  )
17                                        )
   GILBERT HARO,                          )
18                                        )
        Defendant.                        )
19                                        )
   _____    )
20

21        On April 25, 2008, the parties in this case appeared before the Court and stipulated that

22  time should be excluded from the Speedy Trial Act calculations from April 25, 2008 through

23  May 30, 2008.  The parties represented that granting the continuance was necessary for

24  //

25  //

26  //

27  //

28  //

Stipulation and [Proposed] Order Excluding Time, 08-0082 SI                                  1

1   effective preparation of counsel, taking into account the exercise of due diligence, to afford

2   counsel time to prepare, produce, and review discovery.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

3

4   SO STIPULATED:

5

6                                                    JOSEPH P. RUSSONIELLO
                                                     United States Attorney
7

8

9   DATED: April 28, 2008                    _____/s/ Denise Barton_____
                                                     DENISE MARIE BARTON
10                                                   Assistant United States Attorney

11

12  DATED: April 28, 2008                    _____/s/_____
                                                     STEVEN NARATIL
13                                                   KIMBERLEY CAZINHA,
                                                     Attorneys for GILBERT HARO
14

15

16       As the Court found on April 25, 2008, and for the reasons stated above, the Court finds that

17  the ends of justice served by the continuance outweigh the best interests of the public and the

18  defendant in a speedy trial and that time should be excluded from the Speedy Trial Act

19  calculations April 25, 2008 through May 30, 2008 for effective preparation of counsel.  See 18

20  U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny counsel

21  reasonable time necessary for effective preparation, taking into account the exercise of due

22  diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

23

24  SO ORDERED.

25

26  DATED: _____          _____

27                                                   HON. SUSAN ILLSTON
                                                     United States District Court Judge
28

Stipulation and [Proposed] Order Excluding Time, 08-0082 SI                        2