## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

<u>CRIMINAL PRETRIAL MINUTES</u>

Date:  <u>May 30, 2008</u>          (11:12am - 11:14am)

Case No.   <u>CR-08-0082 SI</u>          Judge:  <u>SUSAN ILLSTON</u>

Title:  <u>UNITED STATES</u> -v- <u>GILBERT HARO</u>

Attorneys: <u>Denise Barton, AUSA</u>

Deputy Clerk: <u>Monica Narcisse for Tracy Sutton</u>     Court Reporter:<u> Margo Gurule</u>

## **PROCEEDINGS**

1)  <u>Status</u>

2)  _____

3)  _____

Order to be prepared by:  (  )Pltf    (  )Deft   (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN      (  ) SUBMITTED
                                                              PART

Case continued to  **June 20, 2008 @ 11:00 a.m.**  for **Change of Plea**

Case continued to <u> @ 11:00 a.m.</u>  for Motions
(Motion due , Opposition  Reply )

Case continued to <u> @ </u> for Pretrial Conference

Case continued to <u> @ 8:30 a.m.</u> for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _____
**Delay begins:          Delay ends:**
(                    )

ORDERED AFTER HEARING:


(SPEEDY TRIAL DEADLINE AS OF TODAY: )

**NOTES:**      Stipulation and proposed Order to Continue matter filed 5/29/2009.  Order signed
                in court.