| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332) |
| | United States Attorney |
| 2 | |
| | BRIAN STRETCH (CSBN 163973) |
| 3 | Chief, Criminal Division |
| 4 | DENISE MARIE BARTON (MABN 634052) |
| | Assistant United States Attorney |
| 5 | |
| | 450 Golden Gate Avenue, Box 36055 |
| 6 | San Francisco, California 94102 |
| | Telephone: (415) 436-7359 |
| 7 | Facsimile: (415) 436-7234 |
| | denise.barton@usdoj.gov |
| 8 | |
| | Attorneys for Plaintiff |
| 9 | |

FILED
MAY 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 08-0082 SI |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | CONTINUING MOTIONS SETTING / |
| v. | ) | CHANGE OF PLEA DATE |
| | ) | |
| GILBERT HARO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is currently scheduled for a Change of Plea before this Court on Friday, May 30, 2008 at 11:00 am for Motions Setting / Change of Plea. On May 28, 2008, counsel for the defendant reviewed the images at issue and on May 29, 2008 commenced plea negotiations with the government. Counsel for the government will be out of the Office for a work-related conference from June 1 - June 6, 2008. To afford counsel for government adequate time to engage in meaningful plea negotiations and for the government prepare a plea agreement and have that agreement approved, the parties request that the date for Motions Setting / Change of Plea be continued and set for Change of Plea on June 20, 2008. The parties agree that time is

Stipulation and [Proposed] Order Continuing Motions Setting / Change of Plea Date, 08-0082 SI                    1

1 | properly excluded under the Speedy Trial Act for continuity and effective preparation of counsel.
2 | 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).
3 |
4 | SO STIPULATED:
5 |
6 |                                             JOSEPH P. RUSSONIELLO
  |                                             United States Attorney
7 |
8 |
9 | DATED: May 29, 2008                         _____/s/   Denise Barton_____
  |                                             DENISE MARIE BARTON
10|                                             Assistant United States Attorney
11|
12| DATED: May 29, 2008                         _____/s/_____
  |                                             STEVEN NARATIL
13|                                             KIMBERLEY CAZINHA,
  |                                             Attorneys for GILBERT HARO
14|
15|
16|      For the foregoing reasons, this matter is continued until June 20, 2008 at 11:00 a.m and
17| set for Change of Plea.  Pursuant to the Speedy Trial Act, Title 18 United States Code, sections
18| 3161(h)(8)(A) and 3161(h)(8)(B)(iv), the ends of justice are served by granting the requested
19| continuance, given that failure to do so would deny the parties continuity of counsel and
20| reasonable time for effective preparation, taking into account the exercise of due diligence.
21| Accordingly, time shall be excluded from May 30, 2008 through June 20, 2008.
22|
23| SO ORDERED.
24|
25| DATED: __5/30/08__                          _____
  |                                             HON. SUSAN ILLSTON
26|                                             United States District Court Judge
27|
28|

Stipulation and [Proposed] Order Continuing Motions Setting / Change of Plea Date, 08-0082 SI          2