JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 08-0082 SI |
|        Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING MOTIONS SETTING / CHANGE OF PLEA DATE |
|   v. ) | |
| GILBERT HARO, ) | |
|        Defendant. ) | |

This matter is currently scheduled for a Change of Plea before this Court on Friday, June 20, 2008 at 11:00 am for Motions Setting / Change of Plea. On May 28, 2008, counsel for the defendant reviewed the images at issue and on May 29, 2008 commenced plea negotiations with the government. Counsel for the government was out of the Office for a work-related conference from June 1 - June 6, 2008. Counsel require additional time to engage in meaningful plea negotiations, the parties request that the date for Motions Setting / Change of Plea be continued and set for Change of Plea on July 11, 2008. The parties agree that time is properly excluded under the Speedy Trial Act for continuity and effective preparation of counsel. 18 U.S.C. §§

Stipulation and [Proposed] Order Continuing Motions Setting / Change of Plea Date, 08-0082 SI     1

1  3161(h)(8)(A) and 3161(h)(8)(B)(iv).

3  SO STIPULATED:

                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney

8  DATED: June 19, 2008                       _____/s/_____
                                              DENISE MARIE BARTON
                                              Assistant United States Attorney

11 DATED: June 19, 2008                       _____/s/_____
                                              STEVEN NARATIL
                                              KIMBERLEY CAZINHA,
                                              Attorneys for GILBERT HARO

15    For the foregoing reasons, this matter is continued until July 11, 2008 at 11:00 a.m and set for Change of Plea.  Pursuant to the Speedy Trial Act, Title 18 United States Code, sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv), the ends of justice are served by granting the requested continuance, given that failure to do so would deny the parties continuity of counsel and reasonable time for effective preparation, taking into account the exercise of due diligence. Accordingly, time shall be excluded from June 20, 2008 through July 11, 2008.

22 SO ORDERED.

24 DATED: _____        _____
                                         HON. SUSAN ILLSTON
                                         United States District Court Judge

Stipulation and [Proposed] Order Continuing Motions Setting / Change of Plea Date, 08-0082 SI        2