1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7359
7  Facsimile: (415) 436-7234
   denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,           )   CR No.  08-0082 SI
                                        )
15          Plaintiff,                  )   STIPULATION AND [PROPOSED] ORDER
                                        )   CONTINUING MOTIONS SETTING /
16      v.                              )   CHANGE OF PLEA DATE
                                        )
17                                      )
    GILBERT HARO,                       )
18                                      )
            Defendant.                  )
19                                      )
    _____)
20

21        This matter is currently scheduled for a Change of Plea before this Court on Friday, June

22  20, 2008 at 11:00 am for Motions Setting / Change of Plea.  On May 28, 2008, counsel for the

23  defendant reviewed the images at issue and on May 29, 2008 commenced plea negotiations with

24  the government.  Counsel for the government was out of the Office for a work-related conference

25  from June 1 - June 6, 2008.  Counsel require additional time to engage in meaningful plea

26  negotiations, the parties request that the date for Motions Setting / Change of Plea be continued

27  and set for Change of Plea on July 11, 2008.  The parties agree that time is properly excluded

28  under the Speedy Trial Act for continuity and effective preparation of counsel.  18 U.S.C. §§

1  3161(h)(8)(A) and 3161(h)(8)(B)(iv).

3  SO STIPULATED:

5                                                JOSEPH P. RUSSONIELLO
                                                 United States Attorney

8  DATED: June 19, 2008                          _____/s/_____
                                                 DENISE MARIE BARTON
9                                                Assistant United States Attorney

11 DATED: June 19, 2008                          _____/s/_____
                                                 STEVEN NARATIL
12                                               KIMBERLEY CAZINHA,
                                                 Attorneys for GILBERT HARO

15      For the foregoing reasons, this matter is continued until July 11, 2008 at 11:00 a.m and
16 set for Change of Plea.  Pursuant to the Speedy Trial Act, Title 18 United States Code, sections
17 3161(h)(8)(A) and 3161(h)(8)(B)(iv), the ends of justice are served by granting the requested
18 continuance, given that failure to do so would deny the parties continuity of counsel and
19 reasonable time for effective preparation, taking into account the exercise of due diligence.
20 Accordingly, time shall be excluded from June 20, 2008 through July 11, 2008.

22 SO ORDERED.

24 DATED: _____        _____/s/ Susan Illston_____
                                      HON. SUSAN ILLSTON
25                                    United States District Court Judge

Stipulation and [Proposed] Order Continuing Motions Setting / Change of Plea Date, 08-0082 SI                    2