PROPOSED ORDER/COVER SHEET

| | | | | |
|---|---|---|---|---|
| TO: | Honorable Joseph C. Spero<br>U.S. Magistrate Judge | 2008 JUL 15 PM 1:36 | RE: | Gilbert Haro |
| FROM: | Richard W. Wieking, Acting Chief<br>U.S. Pretrial Services Officer | RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT | DOCKET NO.: | CR08-0082 SI |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

<u>Anthony Granados</u>                                                                                         <u>(408) 535-5223</u>
U.S. Pretrial Services Officer                                                                          TELEPHONE NUMBER

DATE: June 30, 2008

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time. *per PTS*

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE
JUDICIAL OFFICER                                              DATE  7/14/08

Cover Sheet (03/26/08)