**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 7/11/08

Case No.   CR–08-0082 SI                    Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- GILBERT HARO (nc)(p)

Attorneys:   D. Barton              Naratil (sp)

Deputy Clerk: Tracy Sutton   Court Reporter: S. McVickar

**PROCEEDINGS**

1) Trial Setting - HELD
2)
3)
Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN      ( ) SUBMITTED
                                         PART

Case continued to **7/18/08 @ 11:00 a.m.**   for Trial Setting

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:
**Delay begins:         Delay ends:**
(     AUSA to draft order             )

ORDERED AFTER HEARING:

(SPEEDY TRIAL DEADLINE AS OF TODAY: )