# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case Number _____ Cr08-82 _____ SI

Defendant's Name _____ Gilbert Herro _____

Defense Counsel _____ J. Naudil _____

Due Date _____ 10/10/08 @ 11Am _____

FILED
JUL 1 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### NOTICE TO DEFENSE COUNSEL

The Court has directed that a ___X___ Presentence Investigation

_____ Bail Investigation

_____ Bail Supervision

_____ Postsentence Investigation

_____ 4244

be conducted on the above-named defendant. So that the investigation/
supervision can be completed promptly, please go to the <u>PROBATION
OFFICE, ROOM 17-6884, 17th floor, BEFORE LEAVING THE
COURTHOUSE TODAY</u> to make the necessary arrangements.

---------------------------------------------

For use of Courtroom Deputies:
Is defendant in custody? _____ NO
Is defendant English speaking? _____ Yes
What is defendant's address?

_____

_____

Richard W. Wieking, Clerk

by:_____ Sutton

T. Sutton, Deputy Clerk

cc: U.S. Probation Office