# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

Date: 7/18/08

Case No.   CR–08-0082 SI            Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- GILBERT HARO (nc)(p)

Attorneys:   D. Barton              Naratil

Deputy Clerk: Tracy Sutton  Court Reporter: S. McVickar

### **PROCEEDINGS**

1) Plea - HELD
2)
3)
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN    ( ) SUBMITTED
                                                 PART

Case continued to **10/10/08 @ 11:00 a.m.**   for Judgment & Sentence

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  @ 8:30 a.m.  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: ____
**Delay begins:**         **Delay ends:**
(                )

ORDERED AFTER HEARING:
The defendant entered into an open plea agreement with the govt.  The deft. plead guilty to Count one (and admitted to the forfeiture allegation).
The defendant was remanded into custody.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )